PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Tran. Court)*
02-CR-3295-001-L

**DOCKET NUMBER** *(Rec. Court)*
CR07-0691 DLJ

E-filing

FILED OCT 31 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Rosaeli CAMBA<br>1214 80th Street<br>Oakland, CA 94621 | Southern California | San Diego |
| | NAME OF SENTENCING JUDGE<br>M. James Lorenz | |
| | DATES OF SUPERVISED RELEASE | FROM 6/26/06 — TO 5/20/09 |

**OFFENSE**

18 USC § 371 & 18 USC § 545, Consp. to Import Merch. Sub. to Seize. & 21 USC §§ 952 & 960, Import. MJ

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the Supervised Releasee named above be transferred with the records of the Court to the United States District Court for the NORTHERN DISTRICT OF CALIFORNIA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

10/15/07
Date

M. James Lorenz
U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named Supervised Releasee be accepted and assumed by this Court from and after the entry of this order.

10/25/07
Effective Date

United States District Judge

mjh/mjh