# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

**FILED**

JAN - 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

W. Samuel Hamrick, Jr.
Clerk of Court

January 2, 2008

Clerk, U.S. District Court
USDC Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

**Transfer of Jurisdiction**

Our Case #:   02cr3295 L          *CR·07-691-DLJ*
Re:           Rosaeli Camba

Dear Clerk of the Court:

Enclosed please find the following documents:

Certified copy of Transfer of Jurisdiction
Certified copy of indictment, information or complaint
Certified copy of Judgment
Certified copy of docket sheet
Certified copy of any OSC's

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By:_____
M. Zvers, Deputy Clerk

E-filing

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** FILED | | 02-CR-3295-001-L |

CR07-0691

DOCKET NUMBER *(Rec. Court)*

2007 DEC 2

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT Southern District of California Southern California | DIVISION San Diego |
|---|---|---|
| Rosaeli CAMBA 1214 80th Street Oakland, CA 94621 | DEPUTY | |
| | NAME OF SENTENCING JUDGE M. James Lorenz | |

| DATES OF SUPERVISED RELEASE | FROM 6/26/06 | TO 5/20/0 |
|---|---|---|

**OFFENSE**

18 USC § 371 & 18 USC § 545, Consp. to Import Merch. Sub. to Seize. & 21 USC §§ 952 & 960, Import. MJ

---

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN</u> DISTRICT OF <u>CALIFORNIA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the Supervised Releasee named above be transferred with the records of the Court to the United States District Court for the NORTHERN DISTRICT OF CALIFORNIA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| 10/15/07 | M. James Lorenz |
|---|---|
| Date | U.S. District Judge |

*This sentence may be deleted at the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named Supervised Releasee be accepted and assumed by this Court from and after the entry of this order.

| 10/25/07 1:2-05 | United States District Judge |
|---|---|
| Effective Date | |

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By _____ Deputy

mjh/mjh

□ AO 245D   (Rev. 3/01) Judgment in a Criminal Case for Revocations
Sheet 1

FILED

# UNITED STATES DISTRICT COURT

06 JUN 28 AM 9: 25

CLERK, U.S. DISTRICT COURT
SOUTHERN DIST. CALIFORNIA

SOUTHERN                    District of      CALIFORNIA

UNITED STATES OF AMERICA          **JUDGMENT IN A CRIMINAL CASE**
V.                                (For Revocation of Probation or Supervised Release)
                                  (For Offenses Committed On or After November 1, 1987)
ROSAELI CAMBA
                                  Case Number: 02CR3295-L

                                  JULIE A. BLAIR
                                  Defendant's Attorney

REGISTRATION No. 84170198

THE DEFENDANT:

[X] admitted guilt to violation of allegation(s) No.   1 & 2

[ ] was found in violation of allegation(s) No. _____   after denial of guilt.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following allegation(s):

| Allegation Number | Nature of Violation |
|---|---|
| 1 | Failure to report change in residence/employment (nv11) |
| 2 | Failure to report as directed (nv7) |

The defendant is sentenced as provided in pages 2 through ___4___ of this judgment. The sentence is imposed the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

JUNE 26, 2006
Date of Imposition of Sentence

HON. M. JAMES LORENZ
UNITED STATES DISTRICT JUDGE

Entered Date: 6/28/06   I hereby attest and certify on  1.2.08
That the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

02CR3295-L   CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By _____ Deputy

55 JMJ

AO 245B   (Rev. 9/00) Judgment in Criminal Case
          Sheet 2 — Imprisonment

Judgment — Page __2__ of __4__

DEFENDANT: ROSAELI CAMBA
CASE NUMBER:02CR3295-L

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of

TIME SERVED

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m.   on _____ .

as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before _____

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

02CR3295-L

AO 245B    (Rev. 9/00) Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page  3  of  4

DEFENDANT: ROSAELI CAMBA
CASE NUMBER: 02CR3295-L

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:

THIRTY-SIX (36) MONTHS MINUS THE TIME SPENT IN CUSTODY

## MANDATORY CONDITIONS

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994*:

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court . The defendant shall also comply with any special conditions imposed.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

02CR3295-L

AO 245B    (Rev. 9/00) Judgment in a Criminal Case
Sheet 3 — Continued 2 — Supervised Release

Judgment—Page    4    of    4

DEFENDANT: ROSAELI CAMBA
CASE NUMBER: 02CR3295-L

## SPECIAL CONDITIONS OF SUPERVISION

[x] Not possess any firearm, explosive device or other dangerous weapon.

[x] Submit to a search of person, property, residence, abode or vehicle, at a reasonable time and in a reasonable manner, by the probation officer.

[ ] The defendant shall violate no laws, federal, state and local, minor traffic excepted.

[ ] If deported, excluded, or allowed to voluntarily return to Mexico, not reenter the United States illegally and report to the probation officer within 24 hours of any reentry to the United States; supervision waived upon deportation, exclusion, or voluntary departure.

[x] Obtain high school diploma or G.E.D. within the first year of supervision.

[x] Not associate with undocumented aliens or alien smugglers.

[ ] Not reenter the United States illegally.

[ ] Not enter the Republic of Mexico without written permission of the Court or probation officer.

[ ] Report all vehicles owned or operated, or in which you have an interest, to the probation officer.

[ ] Participate in a program of drug or alcohol abuse treatment including urinalysis testing and counseling as directed by the probation officer.

[ ] Not possess any narcotic drug or controlled substance without a lawful medical prescription.

[ ] Not associate with known users of, smugglers of, or dealers in narcotics, controlled substances, or dangerous drugs in any form.

[x] Participate in a program of mental health treatment as directed by the probation officer, take all medications as prescribed by a psychiatrist/physician, and not discontinue any medication without permission. The Court authorizes the release of the presentence report and available psychological evaluations to the mental health provider, as approved by the probation officer. Defendant shall sign any releases necessary to permit doctor to talk to probation officer.

[ ] Take no medication containing a controlled substance without valid medical prescription, and provide proof of prescription to the probation officer, if directed.

[ ] Participate in a mental health treatment program as directed by the probation office.

[ ] Provide complete disclosure of personal and business financial records to the probation officer as requested.

[ ] Be prohibited from opening checking accounts or incurring new credit charges or opening additional lines of credit without approval of the probation officer.

[ ] Provide complete disclosure of personal and business financial records to the probation officer as requested.

[ ] Seek and maintain full time employment and/or schooling or a combination of both.

[ ] Resolve all outstanding warrants within            days.

[ ] Complete            hours of community service in a program approved by the probation officer within

[ ] Reside in a Community Corrections Center (CCC) as directed by the probation officer for a period of

[ ] Reside in a Community Corrections Center (CCC) as directed by the Bureau of Prisons for a period of commencing upon release from imprisonment.

[ ] Remain in your place of residence for a period of                     , except while working at verifiable employment, attending religious services or undergoing medical treatment.

[ ] Not engage in any form of telemarketing, as defined in 18 USC 2325, without the written permission of the probation officer.

[x] If defendant cannot be supervised in Oakland, CA and does not have an address in the Southern District of California, she must reside in a community corrections center for a period of up to 120 days while establishing a residence in the Southern District of CA.

PROB 12C
(04/05)

June 8, 2005

## UNITED STATES DISTRICT COURT
### FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

05 JUN 13 PM 1: 12

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Petition for Warrant or Summons for Offender Under Supervision

BY_____ DEPUTY

**Name of Offender:** Rosaeli  Camba (English)

**Dkt No.:** 02-CR-3295-001-L

**Reg. No.:** 84170-198

**Name of Sentencing Judicial Officer:** The Honorable M. James Lorenz, U.S. District Judge

**Date of Sentence:** May 3, 2004

**Original Offense:** Count 1:  18 U.S.C. § 371; 18 U.S.C. § 545, Conspiracy to Import Merchandise Subject to Seizure;

Count 2:  21 U.S.C. §§ 952, 960, Importation of Marijuana, both Class D Felonies

**Sentence:** As to both counts: 5 months custody concurrent; 3 years supervised release (*Special Conditions: no firearms; search; obtain high school diploma or GED; not drive a vehicle unless legally licensed and insured; not enter or reside in Mexico without permission; mental health treatment; 5 months home detention with electronic monitoring.*) $200 special assessment.

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** October 8, 2004

**Asst. U.S. Atty.:** Sherri Walker Hobson

**Defense Counsel:** Julie A. Blair (Appointed)
(619) 544-1419

**Prior Violation History:** None.

---

## PETITIONING THE COURT

### TO ISSUE A NO-BAIL BENCH WARRANT

*50*

PROB 12C

Name of Offender: Rosaeli Camba                                June 8, 2005
Docket No.: 02-CR-3295-001-L                                        Page 2

The probation officer believes that the offender has violated the following conditions of supervision:

## CONDITIONS                         ## ALLEGATIONS OF NONCOMPLIANCE

**(Standard Condition)**
Notify the probation officer ten days prior    1.    On or about May 5, 2005, the offender changed her
to any change of residence or employment.            residence without notifying the probation officer and
*(nv11)*                                             her current whereabouts are unknown.

***Grounds for Revocation:*** On May 5, 2005, the undersigned went to the offender's residence to conduct
a routine home contact. The door to her apartment was open and the undersigned contacted the manager
of the complex after no one responded to my attempts to summon someone to the door. The manager
entered the residence to check on the welfare of the residents, and there was nobody home. The manager
recognized a photograph of the offender and stated that she had lived at the residence, however left
approximately two weeks ago. The manager also stated that the offender and her husband were evicted
because they failed to pay the rent, and new tenants had moved into apartment.   The offender never
informed the probation officer of a change in residence. Additionally, this same date, the undersigned
contacted the offender's employer, and the manager stated that the offender had failed to appear for her
scheduled shifts for at least one week, and never officially quit or gave any notice of termination. The
offender never notified the probation officer of a change in employment.

**(Standard Condition)**
Report to the probation officer and submit    2.    Mrs. Camba failed to submit monthly supervision
a truthful and complete written report              reports for March, April, and May, 2005, as
within the first five days of the month. *(nv7)*    required.

(***Grounds for Revocation:*** I have confirmed that, to date, Mrs. Camba has failed to submit the above noted
monthly supervision reports.

PROB 12C

Name of Offender: Rosaeli Camba

June 8, 2005

Docket No.: 02-CR-3295-001-L

Page 3

**U.S. Probation Officer Recommendation:** If found in violation, that supervised release be revoked.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on: __June 8, 2005_____

Respectfully submitted:

by _____
Lisa Bishop
Senior U. S. Probation Officer
(619) 557-5709

Reviewed and approved:

_____
Manuel C. Alonzo
Supervising U.S. Probation Officer

Attachments: 12CS; 12CW; J&C; PSR

**THE COURT ORDERS:**

____✓____   A NO-BAIL BENCH WARRANT BE ISSUED BASED UPON A FINDING OF PROBABLE CAUSE TO BRING THE OFFENDER BEFORE THE COURT TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED FOR THE ALLEGED VIOLATIONS.

_____   Other _____

_____

_____

_____                    6/10/05
The Honorable M. James Lorenz                   _____
U.S. District Judge                              Date

lmb/lmb

I hereby attest and certify on ___1-2-08 M.L.___ that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By_____Deputy

 AO 245B    (Rev. 9/00) Judgment in a Criminal Case
Sheet 1    RECEIVED

5/5
5/14/04    MAY 6    1    29 AM    FILED

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA    **JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

ROSAELI CAMBA    Case Number: 02CR3295-L

JULIE A. BLAIR

_Defendant's Attorney_

FILED

04 MAY -4 PH 3:19

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY    DEPUTY

SOUTHERN DISTRICT MAY 2 A 2004
CVLIIORNIA
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    DEPUTY

**REGISTRATION NO.** 84170-198

☐

**THE DEFENDANT:**

[X] pleaded guilty to count(s)    1 & 2 OF THE SUPERSEDING INFORMATION

☐ was found guilty on count(s)

after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 18 USC 371; 18 USC 545 | CONSPIRACY TO IMPORT MERCHANDISE SUBJECT TO SEIZURE | S1 |
| 21 USC 952, 960 | IMPORTATION OF MARIJUANA | S2 |

The defendant is sentenced as provided in pages 2 through ___4___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

[X] Count(s) REMAINING    is ☐ are [X] dismissed on the motion of the United States.

[X] Assessment : $ 200.00

[X] Fine ordered waived.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

MAY 3, 2004

Date of Imposition of Sentence

HON. M. JAMES LORENZ
UNITED STATES DISTRICT JUDGE

I hereby attest and certify on 1-2-08
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Deputy

Entered Date: 5/5/

I certify that this is a true, correct and full
copy of the original agreement on file in my legal custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
02CR3295-L

AO 245B    (Rev. 9/00) Judgment in Criminal Case
            Sheet 2 — Imprisonment

Judgment — Page __2__ of __4__

DEFENDANT: ROSAELI CAMBA
CASE NUMBER: 02CR3295-L

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of

CT S1:  FIVE (5) MONTHS
CT S2:  FIVE (5) MONTHS TO RUN CONCURRENT TO CT S1

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☒ The defendant shall surrender to the United States Marshal for this district:

☒ at  12:00              ☐ a.m.   ☒ p.m.   on   MAY 14, 2004                    .

    as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☒ before  12:00PM ON OR BEFORE MAY 14, 2004

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on  _Self surrendered_  05/14/04  to  USMS S/CA

at  SAN DIEGO, CA  , with a certified copy of this judgment.

DAVID BEJARANO
                                    UNITED STATES MARSHAL

By _____
                                    DEPUTY UNITED STATES MARSHAL



02CR3295-L

AO 245B    (Rev. 9/00) Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page ___3___ of ___4___

DEFENDANT: ROSAELI CAMBA
CASE NUMBER: 02CR3295-L

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:

CTS S1 & S2:  THREE (3) YEARS EACH COUNT TO RUN CONCURRENTLY.

## MANDATORY CONDITIONS

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court . The defendant shall also comply with any special conditions imposed.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

02CR3295-L

AO 245B   (Rev. 9/00) Judgment in a Criminal Case
Sheet 3 — Continued 2 — Supervised Release

Judgment—Page ___4___ of ___4___

DEFENDANT: ROSAELI CAMBA
CASE NUMBER: 02CR3295-L

## SPECIAL CONDITIONS OF SUPERVISION

[x] Not possess any firearm, explosive device or other dangerous weapon.

[x] Submit to a search of person, property, residence, abode or vehicle, at a reasonable time and in a reasonable manner, by the probation office

[ ] The defendant shall violate no laws, federal, state and local, minor traffic excepted.

[ ] If deported, excluded, or allowed to voluntarily return to Mexico, not reenter the United States illegally and report to the probation officer within 24 hours of any reentry to the United States; supervision waived upon deportation, exclusion, or voluntary departure.

[ ] Not transport, harbor, or assist undocumented aliens.

[x] Obtain high school diploma or G.E.D within the first year of supervision.

[x] Not drive a vehicle unless legally licensed and insured.

[x] Not enter nor reside in the Republic of Mexico without written permission of the Court or probation officer.

[x] Report all vehicles owned or operated, or in which you have an interest, to the probation officer.

[ ] Participate in a program of drug or alcohol abuse treatment including urinalysis testing and counseling as directed by the probation officer.

[ ] Not possess any narcotic drug or controlled substance without a lawful medical prescription.

[ ] Not associate with known users of, smugglers of, or dealers in narcotics, controlled substances, or dangerous drugs in any form.

[x] Participate in a program of mental health treatment as directed by the probation officer, take all medications as prescribed by a psychiatrist/physician, and not discontinue any medication without permission. The Court authorizes the release of the presentence report and available psychological evaluations to the mental health provider, as approved by the probation officer. Defendant shall sign any releases necessary to permit doctor to talk to probation officer.

[ ] Take no medication containing a controlled substance without valid medical prescription, and provide proof of prescription to the probation officer, if directed.

[ ] Participate in a mental health treatment program as directed by the probation office.

[ ] Provide complete disclosure of personal and business financial records to the probation officer as requested.

[ ] Be prohibited from opening checking accounts or incurring new credit charges or opening additional lines of credit without approval of the probation officer.

[ ] Provide complete disclosure of personal and business financial records to the probation officer as requested.

[ ] Seek and maintain full time employment and/or schooling or a combination of both.

[ ] Resolve all outstanding warrants within          days.

[ ] Complete          hours of community service in a program approved by the probation officer within

[ ] Reside in a Community Corrections Center (CCC) as directed by the probation officer for a period of

[ ] Reside in a Community Corrections Center (CCC) as directed by the Bureau of Prisons for a period of commencing upon release from imprisonment.

[ ] Remain in your place of residence for a period of          , except while working at verifiable employment, attending religious services or undergoing medical treatment.

[ ] Not engage in any form of telemarketing, as defined in 18 USC 2325, without the written permission of the probation officer.

[x] The defendant shall participate for a period of FIVE (5) MONTHS in a home detention program which includes electronic monitoring and shall observe all rules of such program, as directed by the probation officer. The defendant shall pay the costs of electronic monitoring to the contract vendor, not to exceed the sum of $          for each day of the monitoring program. The defendant shall provide proof of payment as directed by the probation officer.

FILED

'02 NOV 20 AM 9: 48

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

'02 MJ2660

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Case No. _____ |
| | ) |
| VS | ) COMPLAINT FOR VIOLATION OF |
| | ) 21 U.S.C. SS 952, & 960 |
| Rosaeli CAMBA | ) Importation of a Controlled |
| | ) Substance (Felony) |
| | ) |
| | ) |
| | ) |

DEPUTY

The undersigned complainant being duly sworn states:

COUNT 1

That on or about November 12, 2002, within the Southern District of California, Rosaeli CAMBA did knowingly and intentionally import, approximately 123.33 pounds of marijuana, a Schedule I Controlled Substance, into the United States from a place outside there of; in violation of Title 21, United States Code, Sections 952, and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Niraj Malhotra,  Special Agent
United States Customs Service

Sworn to before me and subscribed in my presence, this _19th_ day of November 2002.

United States Magistrate-Judge

I hereby attest and certify on _1·2·08_
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By _____ Deputy

## STATEMENT OF FACTS

On November 12, 2002, at approximately 7:15 a.m., Rosaeli CAMBA made entry into the United States from the Republic of Mexico through the San Ysidro, Port-of-Entry. CAMBA was the driver and sole occupant of a 1998 Mercury Mystique bearing California License Plate number 4XHJ469.

As CAMBA entered the United States, United States Customs Service Inspector (CI) Schneider stopped CAMBA for a pre-primary inspection. As part of the pre-primary inspection, United States Customs Canine Officer Scott utilized her assigned narcotic detector dog (NDD), "Glenn" (ID Number 4C-10) to screen the vehicle. The NDD alerted to the odor of narcotics on the vehicle.

Inspector Schneider referred the vehicle to the Secondary Inspection Area at the San Ysidro, CA, Port-of-Entry. The secondary inspection was continued by CI Ramos.

During the secondary inspection, Inspector Ramos discovered 52 packages hidden throughout the vehicle. One of the packages was probed and revealed an unknown substance. The substance field-tested positive for marijuana. The total weight of the 52 packages was 123.33 pounds. Special Agent (S/A) Niraj Malhotra was notified and continued with the investigation.

CAMBA was advised of her constitutional rights in the Spanish language, by S/A Martinez. CAMBA waived her rights and agreed to make a statement. SA Malhotra was a witness. CAMBA admitted to having knowledge of the marijuana hidden in the vehicle. CAMBA stated she was to be paid $500 to cross the marijuana, and that she had crossed five prior loads of marijuana on five separate occasions into the U.S. and was paid $500 each time. CAMBA stated she was to take the marijuana filled vehicle to the San Ysidro Adult School.

Niraj Malhotra
Special Agent
United States Customs Service

SEALDC, TERMED

# U.S. District Court
## Southern District of California (San Diego)
## CRIMINAL DOCKET FOR CASE #: 3:02-cr-03295-L All Defendants
## Internal Use Only

Case title: USA v. Camba
Magistrate judge case number: 3:02-mj-02668

Date Filed: 12/18/2002
Date Terminated: 05/03/2004

Assigned to: Judge M. James
Lorenz

### Defendant

**Rosaeli Camba** (1)
*TERMINATED: 05/03/2004*
*also known as*
Rosaeli Cambra (1)

represented by **Julie A Blair**
Law Offices of Julie Blair
964 Fifth Avenue
Suite 335
San Diego, CA 92101
(619)544-1419
Fax: (619)544-1429
Email:
julieannblair@hotmail.com
*TERMINATED: 05/03/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Mark S Windsor**
Law Offices of Mark S Windsor
16 North Marengo Avenue
Suite 300
Pasadena, CA 91101
(626)792-6700
Fax: (213)232-3609
*TERMINATED: 01/08/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| Pending Counts | Disposition |
|---|---|
| 21:952 and 960 - Importation of marijuana (Felony) (1s) | cnt 1s: custody of the BOP for a term of 5 months; cnt 2s: custody of the BOP for a term of 5 months to run concurrent to cnt 1s; cnt 1s and 2s: supv release for a term of 3 years each count to run concurrently; assessment $200; fine waived - RE VOKE SENTENCE 6/26/06 - counts S1 & S2: custody of the BOP for a term of time served each count to run concurrent; counts S1 & S2: supervised release for a term of 36 minus the time spent in custody each count to run concurrently |
| 18:545 and 371 - Conspiracy to import merchandise subject to seizure (Felony) (2s) | cnt 1s: custody of the BOP for a term of 5 months; cnt 2s: custody of the BOP for a term of 5 months to run concurrent to cnt 1s; cnt 1s and 2s: supv release for a term of 3 years each count to run concurrently; assessment $200; fine waived - RE VOKE SENTENCE 6/26/06 - counts S1 & S2: custody of the BOP for a term of time served each count to run concurrent; counts S1 & S2: supervised release for a term of 36 minus the time spent in custody each count to run concurrently |

## Highest Offense Level (Opening)

Felony

| Terminated Counts | Disposition |
|---|---|
| 21:952,960 - Importation of Marijuana (Felony) | govt's oral motion to dismiss remaining counts - granted |

(1)

**Highest Offense Level
(Terminated)**
Felony

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

**Plaintiff**

**United States of America**    represented by    **U S Attorney CR**
U S Attorneys Office Southern
District of California
Criminal Division
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov
*TERMINATED: 09/01/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sherri Walker Hobson**
U S Attorneys Office Southern
District of California
Criminal Division
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-3445
Email: Sherri.Hobson@usdoj.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant United
States Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/20/2002 | 1 | COMPLAINT against defendant Rosaeli Cambra , signed by Magistrate Judge Leo S. Papas [ 3:02-m -2668 ] (av1) (Entered: 11/20/2002) |
| 11/20/2002 | 2 | NOTICE to appear as to defendant Rosaeli Cambra on 11/21/02 before the duty Magistrate [ 3:02-m -2668 ] (av1) (Entered: 11/20/2002) |
| 11/21/2002 | 3 | Enter Order by Magistrate Judge Leo S. Papas, Specially appearing attorney FD, first appearance of Rosaeli Cambra on complaint, Attorney Mark S. Windsor, not appearing, appointed , defendant Rosaeli Cambra appeared on notice to appear, Dft Rosaeli Cambra informed of charges , $25,000 PS bond set for Rosaeli Cambra , complete bond package to be provided to the court by 12-5-02, preliminary exam set for 9:30 12/5/02 Rosaeli Cambra before Mag Judge Leo Papas ; Court Reporter: LSP02-1:2078-5106 [ 3:02-m -2668 ] (dkt clerk) (Entered: 11/22/2002) |
| 11/21/2002 | 4 | ORDER by Magistrate Judge Leo S. Papas setting conditions of release for Rosaeli Cambra; travel restricted to So Dist of CA; Do not enter Mexico; Dft has until 12/5/02 to submit bond papers [ 3:02-m -2668 ] (dkt clerk) (Entered: 11/25/2002) |
| 11/21/2002 | 5 | FINANCIAL AFFIDAVIT by defendant Rosaeli Cambra [ 3:02-m -2668 ] (dkt clerk) (Entered: 11/25/2002) |
| 11/21/2002 | 7 | Addendum to ORDER and conditions of pretrial release bail by Magistrate Judge Leo S. Papas as to defendant Rosaeli Cambra dft to participate in the home confinement program which will include electronic monitoring and be released on the following selected component; home detention, curfew 7 pm to 7 am; Abstract issued to USM [ 3:02-m -2668 ] (dkt clerk) Modified on 11/27/2002 (Entered: 11/27/2002) |
| 11/25/2002 | 6 | PRETRIAL SERVICES OSC by Magistrate Judge Leo S. Papas requesting no bail bench warrant as to Rosaeli Cambra as to why bond should not be revoked [ 3:02-m -2668 ] (dkt clerk) (Entered: 11/26/2002) |
| 12/05/2002 | 10 | Minutes: Enter Order by Magistrate Judge Leo S. Papas; dft Rosaeli Cambra arraigned; admission plea entered; $10,000 P/S bond set for Rosaeli Cambra , preliminary hrg cont to |

| | | |
|---|---|---|
| | | 9:30 12/19/02 for Rosaeli Cambra Mag Judge Leo Papas dft N/A at 9:30 - ct orders bench warrant stayed until 3:00 pm; dft appears late; bench warrant withdrawn (never issued) dft request to modify bond - granted; The ct allows the dft to remain on pretrial relese and orders the PTS OSC bench warrant recalled; abstract issued to USM; Court Reporter: LSP02-1:1151-5027-5809; [ 3:02-m -2668 ] (dkt clerk) Modified on 12/12/2002 (Entered: 12/12/2002) |
| 12/05/2002 | 12 | Modified ORDER by Magistrate Judge Leo S. Papas setting conditions of release for Rosaeli Cambra; psychological/mental health assistance and counseling through PTS [ 3:02-m -2668 ] (dkt clerk) (Entered: 12/16/2002) |
| 12/09/2002 | 8 | BOND ( $10,000 P/S bond) by Rosaeli Cambra signed by Judge Papas; abstract issued to USM [ 3:02-m -2668 ] (dkt clerk) (Entered: 12/10/2002) |
| 12/09/2002 | | (Court only) Docket Modification (Utility Event) (dkt clerk) (Entered: 12/30/2002) |
| 12/11/2002 | 9 | PRETRIAL SERVICES OSC by Magistrate Judge Leo S. Papas requesting that the ct modify the dft's conditions of release to include that she participate in the Global positioning system (GPS) monitoring program to include active GPS as to Rosaeli Cambra [ 3:02-m -2668 ] (dkt clerk) (Entered: 12/12/2002) |
| 12/12/2002 | 13 | Arrest Warrant returned unexecuted for Rosaeli Cambra; B/W recalled as to Judge Papas on 12/5/02 [ 3:02-m -2668 ] (dkt clerk) (Entered: 12/16/2002) |
| 12/12/2002 | | (Court only) Docket Modification (Utility Event) [ 3:02-m -2668 ] (dkt clerk) (Entered: 12/16/2002) |
| 12/16/2002 | 11 | Minutes: Enter Order by Magistrate Judge Leo S. Papas; on Court's own motion preliminary hrg is reset 9:00 12/19/02 for Rosaeli Cambra before Mag Judge Leo Papas ; Court Reporter: N/A [ 3:02-m -2668 ] (tml) (Entered: 12/16/2002) |
| 12/18/2002 | 14 | INFORMATION by USA. Rosaeli Cambra (1) count 1 (dkt clerk) Modified on 12/20/2002 (Entered: 12/20/2002) |
| 12/18/2002 | 15 | WAIVER of Indictment filed by defendant Rosaeli Cambra (dkt clerk) (Entered: 12/20/2002) |

| 12/18/2002 | 16 | Minutes: Enter Order by Magistrate Judge Leo S. Papas; dft Rosaeli Cambra arraigned on the information; not guilty plea entered; Atty present; , disposition hearing set for 8:30 1/13/03 for Rosaeli Cambra before Judge M. James Lorenz , Dft mother request to be removed from bond- granted. bond exonerated as to the mother of dft; the court modifies bond to $10,000 P/S with the signature of dft only; Dft request for drugs to be preserved is noted for the record. The preliminary hearing of 12/19/02 is vacated; Court Reporter: LSP02-1:9-828 (dkt clerk) (Entered: 12/20/2002) |
| --- | --- | --- |
| 12/18/2002 | 17 | Modified ORDER by Judge M. J. Lorenz setting conditions of release for Rosaeli Cambra (dkt clerk) (Entered: 12/20/2002) |
| 12/18/2002 | 18 | BOND ($10,000 P/S) supplemental (modified) by Rosaeli Cambra signed by Judge Leo Papas; abstract was issued on 12/9/02. (dkt clerk) Modified on 12/30/2002 (Entered: 12/20/2002) |
| 01/08/2003 | 19 | ORDER by Judge Marilyn L. Huff as to defendant Rosaeli Cambra withdrawing attorney Mark S Windsor for Rosaeli Cambra and substituting attorney Julie A Blair (dkt clerk) (Entered: 01/09/2003) |
| 01/13/2003 | 20 | Minutes: Enter Order by Judge M. J. Lorenz disposition hearing continued to 2:00 2/3/03 for Rosaeli Cambra before Judge M. James Lorenz ; Court Reporter: J. Hill (bar) (Entered: 01/13/2003) |
| 02/03/2003 | 21 | Minutes: Enter Order by Judge M. J. Lorenz: disposition hearing continued to 2:00 3/17/03 for Rosaeli Cambra before Judge M. James Lorenz; defense cnsl to file motions today; Court Reporter: J. Hill (dkt clerk) (Entered: 02/04/2003) |
| 02/06/2003 | 22 | Notice of Motions and Motions by Rosaeli Cambra to compe further discovery and for leave to file further motions, motion hrg set for 3/17/03 at 2:00 p.m. (dkt clerk) (Entered: 02/07/2003) |
| 02/06/2003 | 23 | Stmt of facts and p/a's by defendant Rosaeli Cambra in support of motions [22-1] and [22-2] (dkt clerk) (Entered: 02/07/2003) |
| 03/17/2003 | 24 | SUPERSEDING Information filed as to Rosaeli Cambra (1) count(s) 1s, 2s (cag) (Entered: 03/18/2003) |
| 03/17/2003 | 25 | WAIVER of indictment by Rosaeli Cambra (cag) (Entered: |

| | | |
|---|---|---|
| | | 03/18/2003 |
| 03/17/2003 | 26 | PLEA Agreement as to Rosaeli Cambra (cag) (Entered: 03/18/2003) |
| 03/17/2003 | 27 | Minutes: Enter Order by Judge M. J. Lorenz; Rosaeli Cambra enters guilty plea to cnts 1s, 2s; dft referred to USPO for PSR , PO report and sentencing set for 8:30 6/3/03 for Rosaeli Cambra before Judge M. James Lorenz ; all pending motions withdrawn, XE re ptrl motions from 2/6/03 to 3/17/03; ct recalls order of Mag Judge Papas to preserve and re-weigh evidence. Court Reporter: J. Hill (cag) (Entered: 03/18/2003) |
| 03/17/2003 | 28 | (Court only) SEALED DOCUMENT (dkt clerk) (Entered: 03/18/2003) |
| 05/28/2003 | 29 | Stipulation and Order by Judge M. J. Lorenz as to defendant Rosaeli Cambra: PO report and sentencing continued to 8:30 9/2/03 for Rosaeli Cambra before Judge M. James Lorenz (dkt clerk) (Entered: 05/28/2003) |
| 06/05/2003 | 30 | Acknowledgement of next court date by defendant Rosaeli Cambra on 9/2/03 at 8:30 a.m. for sentencing (dkt clerk) (Entered: 06/06/2003) |
| 07/10/2003 | 31 | STIPULATION for order to modify conditions of pretrial release as to defendant Rosaeli Cambra (dkt clerk) (Entered: 07/11/2003) |
| 07/10/2003 | 32 | ORDER Modifying Conditions of Pretrial Release by Judge M. J. Lorenz as to defendant Rosaeli Cambra (dkt clerk) (Entered: 07/11/2003) |
| 08/28/2003 | 33 | Stipulation and Order by Judge M. J. Lorenz as to defendant Rosaeli Cambra: PO report and sentencing continued to 9:30 1/6/04 for Rosaeli Cambra before Judge M. James Lorenz (dkt clerk) (Entered: 08/28/2003) |
| 08/29/2003 | 34 | Acknowledgement of next court date by defendant Rosaeli Cambra on 1/6/03 at 9:30 a.m. for sentencing hrg before Judge Lorenz. (dkt clerk) (Entered: 09/02/2003) |
| 10/16/2003 | 35 | STIPULATION for order to modify conditions of pretrial release as to defendant Rosaeli Cambra (order filed concurrently) (dkt clerk) (Entered: 10/17/2003) |
| 10/16/2003 | 36 | ORDER Modifying Conditions of Pretrial Release by Judge M. J. Lorenz as to defendant Rosaeli Cambra (cc: USPS) (dkt |

| | | |
|---|---|---|
| | | clerk) (Entered: 10/17/2003) |
| 01/05/2004 | 37 | STIPULATION to continue sentencing hrg date as to defendant Rosaeli Cambra (order filed concurrently) (dkt clerk) (Entered: 01/06/2004) |
| 01/05/2004 | 38 | ORDER by Judge M. J. Lorenz as to defendant Rosaeli Cambra PO report and sentencing rescheduled to 8:30 1/15/04 for Rosaeli Cambra before Judge M. James Lorenz (dkt clerk) Modified on 01/06/2004 (Entered: 01/06/2004) |
| 01/15/2004 | 39 | Stipulation to continue sentencing hrg as to defendant Rosaeli Cambra (order filed concurrently) (dkt clerk) (Entered: 01/15/2004) |
| 01/15/2004 | 40 | ORDER by Judge M. J. Lorenz as to defendant Rosaeli Cambra: PO report and sentencing continued to 8:30 5/3/04 for Rosaeli Cambra before Judge M. James Lorenz (caption incorrect, ok per ct) (dkt clerk) (Entered: 01/15/2004) |
| 02/06/2004 | 41 | Acknowledgement of next court date by defendant Rosaeli Cambra on 5/3/04 at 8:30 a.m. for sentencing hrg (dkt clerk) (Entered: 02/09/2004) |
| 05/03/2004 | 42 | Notice of Motion and Motion by Rosaeli Cambra for order to shorten time to file dft's sentencing memorandum motion hrg set for 4/29/04 at 8:30 (r1r) (Entered: 05/03/2004) |
| 05/03/2004 | 43 | ORDER to shorten time for filing the dft's sentencing memorandum by Judge M. J. Lorenz as to defendant Rosaeli Cambra (r1r) (Entered: 05/03/2004) |
| 05/03/2004 | 44 | SENTENCING DOCUMENT by defendant Rosaeli Cambra : dft's sentencing memorandum (r1r) (Entered: 05/03/2004) |
| 05/03/2004 | 45 | Minutes: Enter Order by Judge M. J. Lorenz sentencing Rosaeli Cambra (1) count(s) 1s, 2s . cnt 1s: custody of the BOP for a term of 5 months; cnt 2s: custody of the BOP for a term of 5 months to run concurrent to cnt 1s; cnt 1s and 2s: supv release for a term of 3 years each count to run concurrently; assessment $200; fine waived ; Terminating defendant Rosaeli Cambra , Dismissing counts as to Rosaeli Cambra (1) count(s) 1. govt's oral motion to dismiss remaining counts - granted , case terminated , dft to self surrender on or before 5/14/04 before noon bond exoneration hearing set for 8:30 5/17/04 for Rosaeli Cambra before Judge M. James Lorenz ; Court Reporter: Jeannette Hill (r1r) |

| | | |
|---|---|---|
| | | Modified on 05/07/2004 (Entered: 05/05/2004) |
| 05/04/2004 | 46 | JUDGMENT and Commitment issued to U.S. Marshal for Rosaeli Cambra by Judge M. J. Lorenz (r1r) (Entered: 05/05/2004) |
| 05/17/2004 | 47 | Minutes: Enter Order by Judge M. J. Lorenz; Defendant Rosaeli Cambra self surrendered (LC) , bond is ordered exonerated as to defendant Rosaeli Cambra , Court Reporter: Jeannette Hill (jpp) Modified on 05/20/2004 (Entered: 05/18/2004) |
| 05/24/2004 | 48 | JUDGMENT and Commitment returned executed 5/14/04 Rosaeli Cambra (1) count(s) 1s, 2s (tkl) (Entered: 05/24/2004) |
| 06/13/2005 | 49 | Warrant issued for Rosaeli Cambra by Judge M. J. Lorenz (joeh) (Entered: 06/14/2005) |
| 06/13/2005 | 50 | USPO Petition for Warrant or Summons for Offender Under Supervision and Order thereon by Judge M. J. Lorenz : No bail bench warrant ordered as to defendant Rosaeli Cambra (joeh) (Entered: 06/14/2005) |
| 05/10/2006 | 51 | RULE 40 Documents received from Dist of Arizona as to Rosaeli Cambra t/w copy of arrest warrant; certified copy of M/E of 5/3/05; certified copy of waiver of removal hearing; copy of commitment to another district; certified copy of docket sheet (av1) (Entered: 05/11/2006) |
| 05/22/2006 | | DEFENDANT Rosaeli Cambra arrested (av1) (Entered: 05/23/2006) |
| 05/22/2006 | 52 | Minutes: Enter Order by Magistrate Judge Barbara L. Major:Atty Julie Blair reappointed; Dft Rosaeli Cambra arraigned on the OSC allegation(s); Dft denies allegation(s) , probable cause found; No bail set for Rosaeli Cambra , sup release revocation hrg set for 9:00 5/30/06 for Rosaeli Cambra before Mag Judge Barbara Lynn Major ; Tape No: BLM06-1:6294-6736 (av1) (Entered: 05/23/2006) |
| 05/30/2006 | 53 | Minutes: Enter Order by Magistrate Judge Barbara L. Major : States true name to be Rosaeli Camba , sup release hrg not held; sup release revocation hrg cont to 9:00 6/6/06 for Rosaeli Camba before Mag Judge Barbara Lynn Major ; Court Reporter: BLM06-1:901-1015 (av1) (Entered: 06/01/2006) |
| 06/06/2006 | 54 | Minutes: Enter Order by Magistrate Judge Barbara L. Major: |

| | | |
|---|---|---|
| | | Dft ready to admit allegation(s), OSC Hearing hrg set for 2:00 6/26/06 for Rosaeli Camba Judge M. James Lorenz ; Court Reporter: BLM06-1:2029-2131 (rec'd in docketing 6/13/06) (av1) Modified on 06/14/2006 (Entered: 06/14/2006) |
| 06/26/2006 | 56 | Minutes: Enter Order by Judge M. J. Lorenz; Violation of Supervised Release Hearing held; dft admits allegations #1 & #2; court finds dft in violation of sup release; court orders supervised release revoked; resentencing Rosaeli Camba (1) count(s) 1s, 2s: custody of the BOP for a term of time served each count to run concurrent; counts S1 & S2: supervised release for a term of 36 minus the time spent in custody each count to run concurrently ; (abstract issued to USM); Court Reporter/ECR: Jeannette Hill (vet) Modified on 06/29/2006 (Entered: 06/29/2006) |
| 06/26/2006 | | (Court only) Docket Modification (Utility Event) LR (vet) (Entered: 06/29/2006) |
| 06/28/2006 | 55 | REVOCATION of Probation/Supervised Release Judgment and Commitment issued to U.S. Marshal for Rosaeli Camba by Judge M. J. Lorenz (jmj) (Entered: 06/28/2006) |
| 07/03/2006 | 57 | JUDGMENT and Commitment returned executed 6/30/06 , Rosaeli Camba (1) count(s) 1 (av1) (Entered: 07/05/2006) |
| 09/01/2006 | 58 | (Court only) Attorney Designation: Added attorney Sherri Walker Hobson for United States of America. Attorney U S Attorney CR terminated. (sxd, ) (Entered: 09/06/2006) |
| 09/06/2006 | ●59 | Arrest Warrant Returned Executed on 4/28/06. in case as to Rosaeli Camba. (av1, ) (Entered: 09/06/2006) |
| 12/28/2007 | ●60 | Probation Jurisdiction Transferred to USDC Northern District of California as to Rosaeli Camba. Transmitted Transfer of Jurisdiction form, with certified copies of complaint, judgment and docket sheet. (Attachments: # 1 Transfer Letter) (mkz) (Entered: 01/02/2008) |

1-2-08 ... CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA ___Deputy