# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF CALIFORNIA
Oakland Venue

**FILED**
MAR 1 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## Report on Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Rosaeli Camba | Docket No.: | CR 07-00691-01 DLJ |

Name of Sentencing Judge:  D. Lowell Jensen
Senior United States District Judge

Date of Original Sentence:  May 3, 2004

Original Offense:
Count One: Importation of Marihuana, 21 U.S.C. § 952 and 960, a Class D felony
Count Two: Conspiracy to Import Merchandise Subject to Seizure, 18 U.S.C. § 371 and 545, a Class D felony

Original Sentence: Five months custody, three years supervised release. On June 26, 2006, supervised release was revoked with credit for time served and 33 months supervised release to follow.

Special Conditions: Special assessment $200.00; mental health treatment; search; not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons; obtain high school diploma within first year of supervision; no associations with undocumented aliens or smugglers.

On October 25, 2007, The United States District Court for the Northern District of California accepted jurisdiction of this case from the Southern District of California.

Type of Supervision: Supervised Release          Date Supervision Commenced: June 26, 2006
Assistant U.S. Attorney: Unassigned              Defense Counsel: Unassigned

*[handwritten in margin: CC TO PROBATION RS]*

Rosaeli Camba                                                                                                    Page 2
CR 07-00691-01 DLJ

## Petitioning the Court to Take Judicial Notice

### Cause

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the offender violated the special condition that she shall obtain a high school diploma or G.E.D within the first year of supervision.<br><br>Ms. Camba has been enrolled in Edwards Shands Adult School in Oakland, California since July of 2006 and has not completed the requirements for a high school diploma. According to recent transcripts, the offender is five credits short of the 190 credits needed to graduate.<br><br>Evidence in support of this charge is contained in the United States Probation case file. |
| Two | There is probable cause to believe that the offender violated the special condition that she pay the special assessment in the amount of $200.00<br><br>On September 24, 2007, Ms. Camba signed a payment agreement to pay her special assessment in full by October 17, 2007. To date, she has only paid $100.00 leaving an arrearage of $50.00.<br><br>Evidence in support of this charge is the payment history received from the Financial Litigation Unit. |
| Three | There is probable cause to believe that the offender violated standard condition number 11 that she notify the probation officer within 72 hours of being questioned by a law enforcement officer.<br><br>On April 3, 2007, Ms. Camba received a traffic citation for Unsafe Speed for Prevailing Conditions in Arizona. She failed to notify the probation officer of having law enforcement contact within 72 hours.<br><br>Evidence in support of this charge is the California Law Enforcement Telecommunication System Report. |

Rosaeli Camba                                                                                           Page 3
CR 07-00691-01 DLJ

Four                    There is probable cause to believe that the offender violated standard condition number three that she shall follow the instructions of the probation officer.

>On January 31, 2008, the undersigned directed Ms. Camba to update her narcotic registration with Oakland Police Department since she moved to a new address in Oakland. On February 26, 2008, this officer reminded her she needed to update her registration and directed her to have her narcotic registration completed by March 4, 2008. On March 6, 2008, the undersigned contacted Oakland Police Department and the records clerk indicated that Mrs. Camba had not updated her narcotic registration with their agency.

### Action Taken and Reason

Ms. Camba is currently attending Edward Shands Adult School and is enrolled in a Life Science class. According to a progress report, the offender is performing satisfactorily in the class and needs two and half additional science credits before she meets the requirements for a high school diploma. Furthermore, she has a full time job as a Manager Trainee at Burger King and lacks a flexible work schedule to attend school on a consistent and regular bases. Additionally, she has agreed to make monthly payments towards her special assessment. In light of the aforementioned it is requested that no action be taken at this time to give the offender the opportunity to finish school and make special assessment payments.

The Assistant U.S. Attorney has been notified and there are no objections.

Address of offender:          1214 80th Street
                              Oakland, CA 94621


Respectfully submitted,                        Reviewed by:


Myra Turner                                    Daniel Zurita
U.S. Probation Officer                         Supervisory U.S. Probation Officer

Date Signed: March 7, 2008

Rosaeli Camba                                                          Page 4
CR 07-00691-01 DLJ


THE COURT ORDERS:
☑ The Court concurs and takes judicial notice
☐ Submit a request to modify supervision
☐ Submit a request for warrant
☐ Submit a request for summons
☐ Other:


____3-11-08_____          _____[signature]_____
Date                                    D. Lowell Jensen
                                        Senior United States District Judge